CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
May 19, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ERIC THOMPSON,

Plaintiff,

v. Civil Action No. 3:25cv38

CYFLARE SECURITY, INC.,

Defendant.

**NOTICE OF REMOVAL**

Please take notice that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant CyFlare Security Inc. ("CyFlare"), by counsel, hereby removes to the United States District Court for the Western District of Virginia the civil action filed in the Circuit Court for Culpeper County Virginia, entitled *Eric Thompson v. CyFlare Security Inc.,* Case No. CL25000559-00 (the "State Court Action"). In support of this Notice of Removal, CyFlare avers as follows:

**PROCEDURAL HISTORY AND PLAINTIFF'S ALLEGATIONS**

1. Upon information and belief, Plaintiff commenced the State Court Action on April 17, 2025 by filing a Summons and Complaint.

2. Plaintiff's claims arise out of his employment with CyFlare. Plaintiff's Complaint asserts various causes of action under Virginia law, including breach of contract, fraudulent misrepresentation, negligence, and several theories sounding in quasi-contract. It also asserts a claim for violation of the Consolidated Omnibus Budget Reconciliation Act (COBRA) under federal law. Plaintiff seeks compensatory and punitive damages.

3. A copy of the Summons is attached as **Exhibit A**.

4. A copy of the Complaint is attached as **Exhibit B**.

5. A copy of a Subpoena Duces Tecum mailed to CyFlare with the Summons and Complaint is attached as **Exhibit C**.

6. The documents attached as Exhibits A-C are true and correct copies of all process, pleadings, and orders concerning the State Court Action received by CyFlare.

7. CyFlare has not been properly served with the Summons, Complaint, or any other process, pleadings, or papers in the State Court Action.

**REMOVAL IS TIMELY**

8. CyFlare, although not properly served, received a copy of the Summons and Complaint of the State Court Action by mail on April 28, 2025.

9. This Notice of Removal is filed within 30 days of CyFlare's receipt of the Summons and Complaint and is therefore timely under 28 U.S.C. § 1446(b).

**THIS COURT HAS DIVERSITY JURISDICTION**

10. Plaintiff is a citizen of Virginia.

11. CyFlare is a citizen of New York, because it is incorporated in New York and its principal place of business is in West Seneca, New York.

12. Plaintiff's Complaint alleges damages of $498,750.

13. This Court therefore has original jurisdiction over this action under 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds $75,000, exclusive of interest and costs, and it is between citizens of different states.

**VENUE IS PROPER**

14. Removal to this Court is proper under 28 U.S.C. § 1441(a) because it is the district court of the United States for the district and division embracing the County of Culpeper, Virginia, where the State Court Action is pending.

**FILING OF REMOVAL PAPERS**

15. Pursuant to 28 U.S.C. § 1446(d), CyFlare will promptly give Plaintiff written notice of the filing of this Notice and file a Notice of Filing of Removal with the Clerk of the Circuit Court for the County of Culpeper, Virginia

**NON-WAIVER OF DEFENSES**

16. By removing this action from the Circuit Court for the County of Culpeper, CyFlare does not waive any defenses available to it.

17. By removing this action from the Circuit Court for the County of Culpeper, CyFlare does not admit any of the allegations in Plaintiff's complaint.

**WHEREFORE**, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant hereby removes this action, currently docketed in the Culpeper Circuit Court of the Virginia, Case No. CL25000559-00, to the Charlottesville Division of the United States District Court for the Western District of Virginia.

Respectfully submitted,

CYFLARE SECURITY, INC.

By Counsel

/s/ Marc A. Peritz
Marc A. Peritz, Esq.
Virginia State Bar No. 39054
Flora Pettit PC
530 East Main Street
Post Office Box 2057
Charlottesville, Virginia 22902
Phone: (434) 979-1400
Fax: (434) 977-5109
map@fplegal.com
*Counsel for Defendant*

/s/ Peter H. Wiltenburg
Peter H. Wiltenburg, Esq. (To Apply for Admission *Pro Hac Vice*)
Bond, Schoeneck & King, PLLC
Avant Building
200 Delaware Avenue, Suite 900
Buffalo, NY 14202
Tel: (716) 416-7000
Fax: (716) 416-7100
pwiltenburg@bsk.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed this 19th day of May, 2025 to Eric Thompson, 5253 Jeffersonton Road, Jeffersonton, VA 22724, Plaintiff.

s/ Marc A. Peritz