IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ERIC THOMPSON,

Plaintiff,

v.

CYFLARE SECURITY, INC.,

Defendant.

Civil Action No. 3:25-cv-00038-JHY-JCH

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, *pro se*, hereby voluntarily dismisses with prejudice his Complaint against all parties. This Stipulation fully and finally resolves all issues among the parties. This Stipulation is signed by all parties who have appeared in the action.

Date: 3 June 2025

Eric Thompson
5253 Jeffersonton Rd.
Jeffersonton, VA 22724
*Plaintiff, Pro Se*

Date: June 12, 2025

Marc A. Peritz, Esq.
Virginia State Bar No. 39054
Flora Pettit PC
530 East Main Street
Post Office Box 2057
Charlottesville, Virginia 22902
Phone: (434) 979-1400
Fax: (434) 977-5109
map@fplegal.com
*Counsel for Defendant*

Date: JUNE 13, 2025

Peter H. Wiltenburg, Esq.
Admitted *Pro Hac Vice*
Bond, Schoeneck & King, PLLC
Avant Building
200 Delaware Avenue, Suite 900
Buffalo, NY 14202
Tel: (716) 416-7000
Fax: (716) 416-7100
pwiltenburg@bsk.com
*Counsel for Defendant*